UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO.   CR06-310 JLR |
| v. ) | |
| HUNG AHN LE, ) | DETENTION ORDER |
| Defendant. ) | |

Offense charged:

    Possession of a Firearm by a Convicted Felon, in violation of Title 18, U.S.C., Section 922(g)(1).

Date of Detention Hearing: September 15, 2006

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Douglas Whalley.  The defendant was represented by Peter Mazzone.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1) The defendant poses a risk of nonappearance as he is a citizen of Vietnam and information regarding his resident status is unknown.

(2) Defendant has no strong family ties or communication with family residing in Washington state.

(3) Defendant lacks stable employment, which raises the question of his unexplained wealth.  He owns a home and $20,000 in bonds, yet reports

DETENTION ORDER
PAGE -1-

only seasonal landscape work as his income source. Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 19th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-